THE HONORABLE MARSHAL J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal association,<br><br>                    Plaintiff,<br><br>        v.<br><br>M/V WILDERNESS EXPLORER, Coast Guard Official No. 520611, IN REM,<br><br>                    Defendant. | IN ADMIRALTY<br><br>No. C06-0105 MJP |
| WASHINGTON MUTUAL BANK, a federal association,<br><br>                    Plaintiff,<br><br>        v.<br><br>M/V WILDERNESS ADVENTURER, Coast Guard Official No. 664136, IN REM,<br><br>                    Defendant. | No. C06-0106 MJP |
| WASHINGTON MUTUAL BANK, a federal association,<br><br>                    Plaintiff,<br><br>        v.<br><br>M/V WILDERNESS DISCOVERER, Coast Guard Official No. 952722, IN REM,<br><br>                    Defendant. | No. C06-107 MJP<br><br>**CONSOLIDATED ACTIONS**<br><br>**[PROPOSED] ORDER** |

[PROPOSED] ORDER - 1
Case No. C06-0105 MJP

251600.0046/1272113.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1   THIS DAY THIS CAUSE came on to be heard upon the Stipulated Motion of Plaintiff Washington Mutual Bank, a federal association, and Claimants Harbor Enterprises, Inc. d/b/a Petro Marine Services and Shoreside Petroleum, Inc. seeking to consolidate the actions pending in C06-105MJP, C06-106MJP, and C06-107MJP pursuant to Fed. R. Civ. P. 42(a) and this Court, upon consideration thereof, finds that a consolidation of these actions would promote judicial economy and convenience because the three actions all arise under the Admiralty Jurisdiction of this Court pursuant to 28 U.S.C. § 1333(1) and Rule 9(h) of the Federal Rules of Civil Procedure, share a common plaintiff, and require consideration of common questions of law and fact arising out of an interpretation of federal maritime lien priorities pursuant to Title 46 U.S.C. §§ 31301 through § 31343, inclusive.  This Court further finds that the defendant Vessels are sistershiprs, owned by a common owner, are secured by a common single promissory note and that consolidation will not prejudice the *in rem* defendants.

IT IS THEREFORE ORDERED AND ADJUDGED that Cause Nos. C06-105MJP, C06-106MJP, and C06-107MJP are hereby consolidated through trial under the single cause number **C06-105MJP** and that the United States District Clerk is directed to amend the docket accordingly.

SO ORDERED this the __21st  day of February, 2006.


/s Marsha J. Pechman
United States District Court Judge

[PROPOSED] ORDER - 2
Case No. C06-0105 MJP

251600.0046/1272113.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By _____
    Katie Smith Matison, WSBA No. 20737
    Charles R. Ekberg, WSBA No. 00342
Attorneys for Plaintiff
Washington Mutual Bank, a federal association

HELSELL FETTERMAN LLP

By _____
    Scott Collins, WSBA #18399
Attorneys for Claimants
Harbor Enterprises, Inc., d/b/a Petro Marine Services and Shoreside Petroleum, Inc.

[PROPOSED] ORDER - 3
Case No. C06-0105 MJP

251600.0046/1272113.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107